UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>**Servando Lozano**,<br><br>            Defendant. | CASE NO.:   22CR1818-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing/Trial Setting scheduled for September 16, 2022 to October 28, 2022 at 1:30 p.m. is granted. For the reasons set forth in the joint motion, it is further ordered that time is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  September 7, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge